JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation, | CV 10-816 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Kenneth Slater, and Does 1 - 10, inclusive, | |
| Defendants. | |

In accordance with this Cour's June 7, 2010 Order granting the Motion for Default Judgment filed by plaintiff Twentieth Century Fox Film Corporation ("Plaintiff") against defendant Kenneth Slater ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall pay Plaintiff statutory damages in the amount of $25,000.

2. Defendant shall pay Plaintiff attorneys' fees in the amount of $2,100.

3. Plaintiff is entitled to interest on the principal amount of the judgment to Plaintiff at a statutory rate pursuant to 28 U.S.C. § 1961(a).

4. The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

1       (a)   Infringing Plaintiff's copyrights that are the subject of registration for "X-Men Origins: Wolverine" (PA 1-624-736) ("Plaintiff's Copyright"), either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Plaintiff's Copyright, and, specifically:

(b)   Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Media Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Plaintiff's Copyright;

(c)   Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to the Plaintiff's Copyright;

(d)   Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

   (e) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

IT IS SO ORDERED.

DATED: June 7, 2010        _____
                    Percy Anderson
               UNITED STATES DISTRICT JUDGE